STATE OF NEW JERSEY, PLAINTIFF-PETITIONER, v. RONALD WASHINGTON *ET AL.*, DEFENDANTS-RE-SPONDENTS.

*Mr. Joseph P. Lordi* and *Mr. Richard M. Altman* for the petitioner.

*Mr. Stanley C. Van Ness* and *Mr. Thomas P. Kelly* for the respondents.

January 13, 1970. Granted.

COUNTY DETECTIVES ASSOCIATION OF NEW JERSEY, INC., PLAINTIFF-PETITIONER, v. DEPARTMENT OF CIVIL SERVICE, STATE OF NEW JERSEY, DEFENDANT-RESPONDENT AND JAMES JOHN FALLON, INTER-VENOR-RESPONDENT.

*Messrs. Mylod & Feinberg* for the petitioner.

*Messrs. Gelber & Aronsohn, Mr. Arthur J. Sills* and *Mr. Philip S. Carchman* for the respondent.

January 13, 1970. Denied.

VICTOR PORCELLI *ET AL.*, PLAINTIFFS AND ARTHUR SHAPIRO *ET AL.*, PLAINTIFFS-PETITIONERS, v. FRANK-LYN TITUS, SUPERINTENDENT OF SCHOOLS OF THE CITY OF NEWARK *ET AL.*, DEFENDANTS-RESPON-DENTS.

See same case below: 108 *N. J. Super.* 301.

*Messrs. Bracken & Walsh* for the petitioners.

*Mr. Victor A. DeFilippo, Mr. Arthur J. Sills* and *Mrs. Virginia Long Annich* for the respondents.

January 13, 1970. Denied.